IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


FAYE E. HARRISON                                                                    PLAINTIFF

       vs.                              4:06CV00904-WRW

UNIVERSITY OF ARKANSAS, et al                                          DEFENDANTS


ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT

       Counsel have advised the Court that the parties settled the matter and request the case  be

dismissed.  The Supreme Court has held that district courts do not have inherent power, that is,

automatic ancillary jurisdiction, to enforce settlement agreements.  Ancillary jurisdiction to enforce

a settlement agreement exists "only if the parties' obligation to comply with the terms of the

settlement agreement is made part of the order of dismissal--either by a provision 'retaining

jurisdiction' over the settlement agreement or by incorporation of the terms of the settlement

agreement in the order."[1]   It is the obligation of the parties requesting dismissal to comply with the

terms of the settlement and this Court specifically retains jurisdiction to enforce the terms of the

settlement agreement forming the underpinning of this dismissal.

       IT IS ORDERED that the complaint, be, and it hereby is, dismissed with prejudice, subject

to the terms of the Settlement Agreement, and/or Consent Decree.  If any party desires that the

written settlement agreement be part of the record herein, it should be filed with the Court within

twenty (20) days.

---

       [1] *Kokkonon v Guardian Life Insurance Co. of America*, 511
U.S. 375, 114 S.Ct. 1673, 1676-77 (1994); *Meiner v Missouri Dept.
of Mental Health*, 62 F.3d 1126, 1127(8th Cir. 1995)

IT IS FURTHER ORDERED that the Clerk forthwith serve copies of this Order upon the

attorneys for the parties appearing in this action.

Dated this 16th day of June, 2009.


                                        /s/ Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE

settleo.